IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. : 1:19CR326-1
:
SHANNON EUGENE SMITH :

The Grand Jury charges:

On or about May 21, 2019, in the County of Richmond, in the Middle District of North Carolina, SHANNON EUGENE SMITH, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Winchester .410 caliber shotgun; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: June 24, 2019

MATTHEW G. T. MARTIN
United States Attorney

BY: CLIFTON T. BARRETT
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON