# UNITED STATES DISTRICT COURT
for the

Middle District of North Carolina

| United States of America | ) |
|---|---|
| v. | ) |
| SHANNON EUGENE SMITH | ) Case No. 1:19CR326-1 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SHANNON EUGENE SMITH, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Felon in possession of a firearm in violation of 18:922(g)(1) and 924(a)(2).

The United States Attorney request a detention hearing.

Date: 06/25/2019

/s/ John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, NC

Carol Butler, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*